# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JAMES HUBBS,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>    Defendants. | NO. ED CV 08-0989 CBM (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 28, 2011.

_____
CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE