**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORMAN JAMES HUBBS, | NO. ED CV 08-0989 CBM (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 28, 2011.

_____
CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE